# Court of Appeals
# of the State of Georgia

ATLANTA, March 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0039. THOMASON et al. v. CHESTATEE COMMUNITY ASSOCIATION, INC. et al.**

Upon consideration of the Appellant's untimely emergency motion for an extension of time to file an application for discretionary appeal in the above styled case, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 03/16/2017*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*